IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

SANDRA LOVEDAY, Administrator of the Estate
of BONNIE ELLEN JONES and SANDRA
LOVEDAY, individually and as next of kin and for
the wrongful death of BONNIE ELLEN JONES,                         PLAINTIFF

VS.                                                      CASE NO: B3LA0110

SSC ANDERSONVILLE OPERATING COMPANY
LLC d/b/a NORRIS HEALTH AND
REHABILITATION CENTER                                            DEFENDANT

## CERTIFICATE OF CLERK

I, H. Tyler Hayes, Clerk of the Circuit Court of Anderson County, Tennessee, do hereby

certify that the attached papers are a full, true and correct copy of all the process, pleadings and

orders in the above entitled action and constitute all the papers on file in the above-styled and

numbered cause in the Circuit Court of Anderson County, Tennessee.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this the ____ day of June, 2013.

H. *Tyler Hayes by Annette L. Prewitt*
H. TYLER HAYES, CIRCUIT CLERK *Chief Dep.*
ANDERSON COUNTY, TENNESSEE *Clerk*

(SEAL)

# IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

SANDRA LOVEDAY, Administrator of the )
Estate of BONNIE ELLEN JONES and )
SANDRA LOVEDAY, individually and as next )
of kin and for the wrongful death of BONNIE )
ELLEN JONES, )
                 )
    Plaintiffs, )
                 )
v. )
                 )
SSC ANDERSONVILLE OPERATING )
COMPANY, LLC d/b/a NORRIS HEALTH )
AND REHABILITATION CENTER, )
                 )
    Defendants. )

STATE OF TENNESSEE, ANDERSON COUNTY
I, the undersigned Clerk of the Circuit/Criminal
Court, do hereby certify that this is a true and
correct copy of the original of this instrument
filed in this cause.
This 12 day of _____ 20 13
H. TYLER MAYES, CLERK
By: Shannon _____ (D.C.)

No.: B3LA0110
JURY DEMAND

## COMPLAINT

COMES YOUR PLAINTIFF, by and through counsel, and for this cause of action states the following:

1.     Bonnie Ellen Jones was a citizen and resident of Anderson County, Tennessee.

2.     Bonnie Ellen Jones wrongfully died at Norris Health and Rehabilitation Center in Anderson County, Tennessee on or about May 10, 2012, due to the negligent acts and omissions of Norris Health and Rehabilitation Center, its officers, agents and employees.

3.     Bonnie Ellen Jones was survived by three children including her daughter, Sandra Loveday, and two grandchildren, which constitute the next of kin of Bonnie Ellen Jones, deceased.

4.     Sandra Loveday has been appointed Administrator of the Estate of Bonnie Ellen Jones, her deceased mother. Sandra Loveday brings this action as the Administrator of the Estate of Bonnie Ellen Jones and also individually and as a next kin of Bonnie Ellen Jones, for the injuries suffered by Bonnie Ellen Jones and her wrongful death and for the use and benefit of her heirs at law.

5.     SSC Andersonville Operating Company, LLC, is a Delaware limited liability company qualified to do business and doing business in the State of Tennessee.  SSC Andersonville Operating Co., LLC owns and operates Norris Health and Rehabilitation Center in Anderson County, Tennessee.

6.     SSC Andersonville Operating Co., LLC is licensed by the State of Tennessee to operate a nursing home named Norris Health and Rehabilitation Center.

7.     SSC Andersonville Operating Co., LLC does business as Norris Health and Rehabilitation Center in Anderson County, Tennessee, located at 3382 Andersonville Highway, Andersonville, TN 37705-3816.  Venue lies in Anderson County, Tennessee.

8.     CT Corporation System, 800 South Gay Street, Ste 2021, Knoxville, TN 37929-9710 is the registered agent for service of process for SSC Andersonville Operating Co., LLC.

9.     In 2012, Bonnie Ellen Jones was a patient and resident at Norris Health and Rehabilitation Center, in Anderson County, Tennessee.  She received negligent and reckless care and treatment below the recognized standard of acceptable professional practice for nursing and nursing home care for Anderson County, Tennessee or similar communities as it existed in 2012 resulting in personal injuries to Bonnie Ellen Jones that would not otherwise have occurred and her wrongful death on May 10, 2012, that would not have otherwise occurred.

10.    These injuries occurred as a direct and proximate result of the negligent acts and omissions, of the agents and servants of the defendant at and during the course of their agency and employment making Andersonville Operating Co., LLC d/b/a Norris Health and Rehabilitation Center liable for the injuries and wrongful death experienced by Bonnie Ellen Jones.

11.    The employees, agents and servants of SSC Andersonville Operating Co., LLC d/b/a Norris Health and Rehabilitation Center were guilty of conduct constituting a gross

2

deviation from the standard of care that should have been exercised under the circumstances and their actions constituted reckless conduct and grossly negligent conduct.

12.     On May 9, 2012, a physician's order was placed for two liters of IV fluids to be infused at 60 cc per hour.  A 1,000 cc or one liter IV was negligently started by the staff, employees, servants and agents of the defendant, but a dial flow or other flow control device was not placed on the IV.  The fluids were allowed to infuse very rapidly and uncontrolled into Bonnie Ellen Jones.  This constituted a very dangerous situation and created the risk of serious harm or death for an elderly patient in Bonnie Ellen Jones's physical condition.  The IV was not properly assessed, monitored and documented.  It demonstrated a reckless disregard for her safety and a gross deviation from the applicable standard of acceptable professional practice to allow the IV to infuse uncontrolled and unmonitored into Bonnie Ellen Jones.

13.     By about 12:36 a.m. on May 10, 2012, the 1,000 cc IV had rapidly infused into Ms. Jones.  At approximately 12:36 a.m. on May 10, 2012, the nursing staff allegedly discovered the infusion error, but failed to notify the physician of this error.  The nursing staff started another one liter bag of IV fluids with the dial flow set at 60 cc per hour.  The nursing staff again failed to adequately monitor the IV fluids and assess the patient and to document the same as required by the applicable standard of acceptable professional practice.  The patient was discovered about 9:35 a.m. on May 10, 2012 and noted to be in respiratory distress.  Her lungs were noted to be congested in all fields.  Efforts to treat her were unsuccessful and she expired about 10:05 a.m. on the morning of May 10, 2012.

14.     It constituted a gross deviation from the applicable standard of acceptable professional practice for nursing and nursing homes and reckless conduct for a physician not to be notified at the time the IV error was discovered during the early morning hours of May 10, 2012.  It also constituted a gross deviation from the then applicable standard of acceptable

3

professional practice and reckless conduct for another IV to be started and to be allowed to be infused at 60 cc per hour without the physician being notified and without the patient being properly monitored, assessed and treated. This created a substantial risk of serious bodily injury and death to Bonnie Ellen Jones. The defendant callously disregarded this known risk and acted recklessly.

15. As a direct and proximate result of the above referenced negligent acts and omissions and reckless conduct, Bonnie Ellen Jones suffered fluid overload, respiratory distress and injuries from the rapid and excessive infusion of IV fluids, which caused pain and suffering, mental anguish and the wrongful death.

16. As a direct and proximate result of the negligent acts and omissions of the nursing personnel and the treatment below the applicable standard of acceptable professional practice for their profession as it existed in 2012 in Anderson County, Tennessee or similar communities for nursing and nursing home care, Bonnie Ellen Jones suffered injuries and damages that would not otherwise have occurred, including her wrongful death.

17. The actions of the employees and agents of Norris Health and Rehabilitation Center represented a conscious disregard for the safety of its patients and a gross deviation below the applicable standard of acceptable professional practice for their professions as it existed in Anderson County, Tennessee or similar communities in May 2012. But for the negligence of the nursing home staff and employees, Bonnie Ellen Jones, would not have experienced these injuries and died on the morning of May 10, 2012.

18. The personnel of Norris Health and Rehabilitation Center admitted to plaintiff that the IV was not properly monitored and infused too rapidly and that this caused the death of Bonnie Ellen Jones.

4

19.     Norris Health and Rehabilitation Center was not properly and adequately staffed by adequately and properly trained and experienced nursing staff, sufficient for patient care to the residents including Bonnie Ellen Jones. The staffing, training and experience was below the applicable standard of acceptable professional practice for nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012 and this resulted in a pattern of substandard care below the then applicable said standard of care to Bonnie Ellen Jones.

20.     The nursing home personnel failed to adequately monitor, assess, treat and document the condition of Bonnie Ellen Jones, all in violation of the applicable standard of acceptable professional practice for nursing home and nursing care, as it existed in Anderson County, Tennessee or similar communities in 2012.

21.     Medications that were ordered for Bonnie Ellen Jones on May 9, 2012 were not timely initiated before her death on May 10, 2012 in violation of the recognized standard of acceptable professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

22.     The Albuterol treatments were not performed as per the orders entered on May 9, 2012, in violation of the recognized standard of acceptable professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

23.     The staff failed to accurately and adequately monitor, assess and document the care and treatment of Bonnie Ellen Jones on May 9, 2012 and May 10, 2012 and to timely report significant changes in the patient's condition, in violation of the recognized standard of acceptable professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

24.     The nursing home staff failed to provide a comprehensive nursing assessment of Bonnie Ellen Jones's respiratory status, as required by the recognized standard of acceptable

5

professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

25.    The nursing staff failed to adequately and appropriately monitor, assess, evaluate and document the IV infusions of this patient in violation of the recognized standard of acceptable professional practice for nursing, as it existed in Anderson County, Tennessee or similar communities in 2012.

26.    The nursing home staff failed to implement and document an appropriate care plan for Bonnie Ellen Jones in violation of the recognized standard of acceptable professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

27.    The nursing home staff did not appropriately monitor, assess, evaluate and document the intake and output of fluids in Bonnie Ellen Jones as required by the recognized standard of acceptable professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

28.    The nursing home staff failed to adequately and accurately document the errors regarding the IV infusion in the medical records and failed to promptly report said error as required by the recognized standard of acceptable professional practice for nursing and nursing homes, as it existed in Anderson County, Tennessee or similar communities in 2012.

29.    The staff of Norris Health and Rehabilitation Center negligently failed to inform Bonnie Ellen Jones's physician when there was a significant change in her medical status and a significant medication error, in violation of the recognized standard of acceptable professional practice for nursing and nursing homes as it existed in Anderson County, Tennessee or similar communities in 2012.

6

30.     The care and treatment of Bonnie Ellen Jones at Norris Health and Rehabilitation Center by the agents and servants of the defendant were otherwise negligent and below the recognized standard of acceptable professional practice, causing injuries and damages that would not have otherwise have occurred.

31.     The plaintiff has fully complied with the requirements of T.C.A. §29-26-121(a) regarding pre-suit notice. The defendant was provided notice by certified mail, return receipt requested mailed February 21, 2013, which was mailed to their current business address located at 3382 Andersonville Highway, Andersonville, TN 37705-3816 and to their Atlanta, Georgia business address located at 1 Ravinia Drive, Ste 1500, Atlanta, GA 30346-2115 and to their agent for service of process, CT Corporation System, 800 South Gay Street, Ste 2021, Knoxville, TN 37929-9710. Also, a certified letter return receipt requested to Norris Health and Rehabilitation Center was mailed February 21, 2013, to its current business address located at 3382 Andersonville Highway, Andersonville, TN 37705-3816. Proof of receipt of all four certified letters was received back more than 60 days prior to the filing of this matter. The four notices all included a HIPAA compliant medical authorization allowing the defendant to obtain medical records from all persons receiving notices and a list of all entities receiving notice. Compliance is demonstrated by filing certificates of mailing for all four letters and Affidavits establishing the timely mailing by certified mail and four certificates of mailing return receipt requested with the notices attached thereto. (See Exhibits 1-A and 1-B and attachments thereto). Attached hereto as Exhibit 1-A is the Affidavit of Melanie L. Sadler and Exhibit 1-B is the Affidavit of Arthur C. Earls IV with attached certificates of mailing and certified mail receipts demonstrating the mailing of notice letters to the defendant on February 21, 2013 on behalf of Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones. Return receipts were received back on all four certified letters. (See Exhibit 1). Exhibit 1 and all attachments thereto

7

are adopted and incorporated by reference herein. The statutory required notice was timely given and timely received and this cause of action is being filed more than 60 days after the notice was provided pursuant to the statute, all in compliance with T.C.A.§29-26-121(a).

32.     Pursuant to T.C.A.§29-26-121(a) pre-suit notice has been timely provided on February 21, 2013, by certified mail return receipt requested on the business addresses of the defendant at 3382 Andersonville Highway, Andersonville, Tennessee 37705 and 1 Ravinia Drive, Ste 1500, Atlanta, Georgia 30346-2115 and to the registered agent for service of process, CT Corporation Systems, 800 South Gay Street, Ste 2021, Knoxville, Tennessee 37929-9710 and certificates of mailing evidencing the same are filed herein and adopted and incorporated by reference. All of these notices were delivered more than 60 days prior to the filing of this case.

33.     A Certificate of Good Faith, Exhibit 2, is filed contemporaneously with this Complaint pursuant to the provisions of T.C.A. §29-26-122, which is incorporated and adopted by reference herein. In accordance with the foregoing statute plaintiff's counsel, David E. High, states and certifies as follows:

a.     He has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

(i)     Are competent under T.C.A. §29-26-115 to express opinions in this case; and

(ii)     Believe based upon the information available and from the medical records concerning the care and treatment of Bonnie Ellen Jones for the incident at issue that it is a good faith basis to maintain the action consistent with the requirements of T.C.A.§29-26-115.

b.     Plaintiff's counsel, David E. High, has zero (0) prior violations of T.C.A.§29-26-122.

8

34.     As a direct and proximate result of the negligent and reckless acts and omissions of the defendant and their agents, servants and employees acting in the course and scope of their agency and employment, the plaintiff, Bonnie Ellen Jones, suffered injuries and damages which would not have otherwise occurred, including conscious pain and suffering, mental anguish and her wrongful death.  As a result, the plaintiffs incurred funeral expenses on behalf of the decedent.  The plaintiff underwent conscious pain and suffering prior to her wrongful death as a result of the negligent acts and omissions and reckless conduct of the defendant's agents and employees below the recognized standard of acceptable professional practice for their profession as it existed in Anderson County, Tennessee or similar communities in 2012, and suffered injuries and damages including pain and suffering, loss of enjoyment of life, mental anguish and ultimately causing the wrongful death of Bonnie Ellen Jones.

35.     The plaintiffs also seek the pecuniary value of the life of Bonnie Ellen Jones and loss of consortium to all of the heirs at law.  The plaintiffs seek all damages allowed under the Tennessee wrongful death statute.

36.     Due to the reckless and intentional conduct of the defendant and their agents, servants and employees acting within the course and scope of their agency and employment, and the gross deviations below the applicable standards of care for their profession, this is clearly an appropriate case for the imposition of punitive or exemplary damages.  Therefore, the plaintiffs seek punitive damages.

37.     There exists clear and convincing evidence that the acts and omissions referenced above clearly constitute a gross deviation from the recognized standard of acceptable professional practice for nursing and nursing homes as it existed in Anderson County, Tennessee or similar communities in 2012 and reckless conduct.  The defendant and their agents, servants and employees knew that their conduct posed a substantial and unjustifiable risk of serious injury

9

and death to a vulnerable and frail patient in their care and consciously and intentionally disregarded the risk, and their disregard clearly constituted a gross deviation from the standard of care that was required under all the circumstances and reckless conduct.

WHEREFORE, PLAINTIFF PRAYS for the following:

1. That proper process issue and be served on the defendant and that the defendant be required to answer within the time prescribed by law;

2. A trial by jury;

3. A judgment for compensatory damages against the defendant, to be set by the said jury not to exceed $2,000,000.00 and that they be awarded punitive damages to be set by said jury not to exceed $4,000,000.00;

4. That the plaintiff be awarded pre-judgment interest, post-judgment interest and all costs including discretionary costs be taxed against the defendant; and

5. For such other, general relief as the plaintiff may be entitled.

Respectfully submitted,
HIGH LAW OFFICE, PLLC

DAVID E. HIGH (#7052)
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201-1107
615/256-1000
attyhigh@bellsouth.net

K. CHRISTOPHER MARTIN (#23765)
P. O. Box 584
Clinton, TN 37717
865/457-3446
kcmlaw@yahoo.com
For the Plaintiff

10

EXHIBIT
1-A

## IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

SANDRA LOVEDAY, Administrator of the          )
Estate of BONNIE ELLEN JONES and              )
SANDRA LOVEDAY, individually and as next      )
of kin and for the wrongful death of BONNIE   )
ELLEN JONES,                                  )
                                              )
   Plaintiffs,                 )
                                              )
v.                                            )
                                              )   No.: _____
                                              )   JURY DEMAND
SSC ANDERSONVILLE OPERATING                   )
COMPANY, LLC d/b/a NORRIS HEALTH AND          )
REHABILITATION CENTER,                        )
                                              )
   Defendants.                  )

### AFFIDAVIT OF MELANIE L. SADLER

STATE OF TENNESSEE          )
COUNTY OF DAVIDSON          )

    Notice required by T.C.A.§29-26-121(a).

    MELANIE L. SADLER, being first duly sworn states the following:

    1.    I have personal knowledge of the matters stated in this Affidavit.

    2.    I am employed at High Law Office, PLLC, as a legal secretary.

    3.    On February 21, 2013, I prepared the four attached letters for mailing, certified mail, return receipt requested and prepared certificates of mailing for the same. The four certified letters all dated February 21, 2013 with the attached enclosures were given to our law clerk, Arthur C. Earls IV, who took them to the post office on February 21, 2013 and mailed the same by certified mail, return receipt requested and subsequently returned to me the four receipts and certificates of mailing. (See attached). The SSC Andersonville Operating Company, LLC, letters were mailed to their current business addresses located at 3382 Andersonville Highway, Andersonville, TN 37705-3816 and to their Atlanta, Georgia business address located at 1 Ravinia Drive, Ste 1500, Atlanta, GA 30346-2115 and to their agent for service of process, CT

Corporation System, 800 South Gay Street, Ste 2021, Knoxville, TN 37929-9710. Also, the letter to Norris Health and Rehabilitation Center was mailed to its business address located at 3382 Andersonville Highway, Andersonville, TN 37705-3816.

4.    We received back the attached return receipts on all four letters. (See attached).

5.    Enclosed with all four correspondence was a list of healthcare providers being given notice pursuant to T.C.A. §29-26-121(a) and a HIPAA compliant medical authorization allowing each party receiving notice to obtain records from the other parties receiving notice.

6.    Copies of the certified mail receipts, certificates of mailing and the four letters and attachments are attached to my Affidavit. These letters were all prepared for mailing by me as described on February 21, 2013.

This the 1st day of May 2013.

FURTHER this affiant saith not.

_____
MELANIE L. SADLER

SWORN TO AND SUBSCRIBED before me on this the 1st day of May 2013.

_____
Notary Public

My Commission Expires: 11-4-13

DELONE ANDERSON
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY, TENN.

My Commission Expires NOV. 4, 2013

2



**UNITED STATES POSTAL SERVICE** ®

## Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From:
David E. High, Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy, 2nd Floor
Nashville, TN 37201

To:
SSC Andersonville Operating Co., LLC
3383 Andersonville HWY
Andersonville, TN 37705

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $3.10 | |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.17 | 02/21/2013 |

Sent To
SSC Andersonville Operating Co., LLC
Street, Apt. No.; 3383 Andersonville Hwy - 37219
or PO Box No.
City, State, ZIP+4 Andersonville, TN  37705

7012 2210 0002 7412 4962

PS Form **3800**, August 2006      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
SSC Andersonville Operating Co.
3383 Andersonville HWY
Andersonville, TN  37705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Holly Holder_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
Holly Holder  2-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

# HIGH LAW OFFICE, PLLC

### DAVID E. HIGH
#### Attorney-At-Law
#### Rule 31, Listed General Civil Mediator

| (615)256-1000 | 300 James Robertson Parkway | attyhigh@Bellsouth.Net |
|---|---|---|
| (615)256-1009 - Fax | Court Square Building, Second Floor | www.highlawoffice.com |
| | Nashville, Tennessee 37201 | |

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SSC Andersonville Operating Company, LLC
3382 Andersonville HWY
Andersonville, TN 37705

| Re: | Deceased: | Bonnie Ellen Jones |
|---|---|---|
| | Date of Birth: | 6/13/31 |
| | Date of Death: | 5/10/12 |
| | SSN: | 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 |
| | Our Clients: | Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones, for the wrongful death of Bonnie Ellen Jones |
| | | Potential Claim for Healthcare Liability or Medical Malpractice |
| | | Notice Required by T.C.A. §29-26-121(a) |

Dear Sir or Madam:

Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

The full name and date of birth of the patient whose treatment is at issue is:

| | |
|---|---|
| Patient: | Bonnie Ellen Jones |
| Date of Birth: | 6/13/31 |
| Date of Death: | 5/10/12 |
| SSN: | 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 |

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Loveday, Administrator of the Estate
of Bonnie Ellen Jones (Daughter of Bonnie Ellen Jones)
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Sincerely,

David E. High

DEH:mel
Enclosures
cc: Norris Health & Rehabilitation Center

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:        Claimant:    Bonnie Ellen Jones
                            DOB:     6/13/31
                            DOD:     5/10/12
                            SSN#:    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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.    Norris Health & Rehabilitation Center
        3382 Andersonville HWY
        Andersonville, TN 37705

2.    SSC Andersonville Operating Company, LLC
        3382 Andersonville HWY
        Andersonville, TN 37705

3.    SSC Andersonville Operating Company, LLC
        c/o CT Corporation Systems
        800 South Gay Street, Ste 2021
        Knoxville, TN 37929-9710

4.    SSC Andersonville Operating Company, LLC
        1 Ravinia Drive, Ste 1500
        Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

# THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## CHANCERY DIVISION – PROBATE SECTION

IN THE MATTER OF:                                    ]
                                                     ]
The Estate of Bonnie Ellen Jones,                    ]
                                                     ]
Deceased,                                            ]        No.: 13PB0020
                                                     ]
Sandra Loveday,                                      ]
                                                     ]
Petitioner.                                          ]


## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____February 11th, 2013_____, upon the Petition filed by the designated Personal Representative and sworn testimony of the Petitioner and witnesses. The findings of the Court:

A.    Decedent was a resident of Anderson County, Tennessee.

B.    Decedent died on 05-10-2012.

C.    Decedent left no Will.

D.    Sandra Loveday petitioned the Court to be appointed Administrator.

E.    That no bond is required.

F.    That the inventory for the Administrator is attached hereto.

G.    That Letters of Testamentary be issued to the Administrator upon her taking oath as prescribed by statute.

H.    That the Administrator administer the Estate in compliance with this Order and all applicable laws of the State of Tennessee.

ENTER this the _1st_ day of _Feb_, 2013.

2013 FEB 11 A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

RECEIVED

JAN 24 2013

JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
P.O. Box 584.
Clinton, TN 37717
(865) 457-3446

IN THE MATTER OF:                    ]

The Estate of Bonnie Ellen Jones,   ]

     Deceased,                     ]

                                   ]     No.: *13PB0020*

Sandra Loveday,                      ]

     Petitioner.                   ]

## ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES

    This cause came on to be heard on the _____ day of _____ 2013, before the Honorable William Lantrip. Based upon the record as a whole, the Court is of the opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

    **IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

    **ENTERED** this the _11th_ day of _Feb_, 2013.

_____
JUDGE WILLIAM LANTRIP

**APPROVED FOR ENTRY BY:**

_____
K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
Post Office Box 584
Clinton, TN 37717
865-457-3446

2013 FEB 11 A 9: 17

STEVE R. QUEENER
CLERK AND MASTER

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

## LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this _11_ of FEBRUARY, 2013.

_[signature]_

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the _11_ day of FEBRUARY, 2013.

_[signature]_

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the _19_ day of _February_ 20_13_
STEVE R. QUEENER, CLERK & MASTER

BY: _Angela Buck_
Deputy Clerk

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _Norris Health And Rehabilitation Center_ and its physicians, employees and agents to release or disclose to _SSC Andersonville Operating Company LLC_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

**RELEASE RECORDS TO:**  NAME: _SSC Andersonville Operating Company LLC_
ADDRESS: _3382 Andersonville Hwy_
_Andersonville, Tenn,        37705_

Patient's Name:    **BONNIE ELLEN JONES, deceased**

Patient's SS#:    **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**                    Patient's Date Of Birth:    **6/13/31**

Which physician's records?:    **(All) Any Medical Records and/or Billing Information or other documents**

Purpose of Disclosure:    **Compliance with T.C.A. §26-26-121.**

1. All records/bills generated by the above-named healthcare provider, including records received from other sources:    INITIALS: _SL_

2. Only a portion of records/bills, specifically, dates of treatment, etc.: _____    INITIALS:____

3. All records/bills at this facility........................................................    INITIALS:____

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

\* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials: ____    Initials: ____    Initials: ____
Substance Abuse, if any    Psychological or psychiatric conditions, if any    Aids/HIV/STD's, if any

This Authorization will expire on the occurrence of the settlement of claim or end of litigation.
\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above- named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E. Loveday A Bminister_
SANDRA E. LOVEDAY, ADMINISTRATOR OF
Date: _2-20-13_
Relationship to patient:    **THE ESTATE OF BONNIE ELLEN JONES**
Unless Otherwise Indicated, This Authorization Remains in Effect until settlement of claim or end of litigation.
A photocopy of the original of this Authorization shall serve in its stead.

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
David E. High, Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy, 2nd Floor
Nashville, TN 37201

To:
SSC Andersonville Operating Co., LLC
1 Ravinia Drive, Ste 1500
Atlanta, GA 39346-2115

PS Form **3817**, April 2007  PSN 7530-02-000-9065

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ATLANTA, GA 30346

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1. 0297 |
| Certified Fee | | $3.10 06 |
| Return Receipt Fee (Endorsement Required) | | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 02/21/2013 |

FEB 21 2013

7012 2210 0002 7412 4955

Sent To SSC Andersonville Operating Co., LLC
Street, Apt No. 1 Ravinia Drive, Ste 1500
or PO Box No. Atlanta, GA 39346-2115
City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SSC Andersonville Operating Co., LLC
1 Ravinia Drive, Ste 1500
Atlanta, GA 39346-2115

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Perry
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
S. Perry

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# HIGH LAW OFFICE, PLLC

## DAVID E. HIGH

**Attorney-At-Law**

Rule 31, Listed General Civil Mediator

(615)256-1000
(615)256-1009 - Fax

300 James Robertson Parkway
Court Square Building, Second Floor
Nashville, Tennessee 37201

attyhigh@Bellsouth.Net
www.highlawoffice.com

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SSC Andersonville Operating Company, LLC
1 Ravinia Drive, Ste 1500
Atlanta, GA 30346-2115

|  |  |  |
|---|---|---|
| Re: | Deceased: | Bonnie Ellen Jones |
|  | Date of Birth: | 6/13/31 |
|  | Date of Death: | 5/10/12 |
|  | SSN: | 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 |
|  | Our Clients: | Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones, for the wrongful death of Bonnie Ellen Jones |
|  |  | Potential Claim for Healthcare Liability or Medical Malpractice |
|  |  | Notice Required by T.C.A. §29-26-121(a) |

Dear Sir or Madam:

Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

SSC Andersonville Operating Company, LLC
February 21, 2013
Page 2

The full name and date of birth of the patient whose treatment is at issue is:

    Patient:            Bonnie Ellen Jones
    Date of Birth:      6/13/31
    Date of Death:      5/10/12
    SSN:                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

The name and address of the claimant authorizing this notice and relationship to the patient is:

    Sandra Elizabeth Loveday, Administrator of the Estate
     of Bonnie Ellen Jones (daughter of Bonnie Ellen Jones)
    204 Sailview Lane
    Clinton, TN 37716

The name and address of the attorney sending this notice is:

    David E. High
    High Law Office, PLLC
    Court Square Building
    300 James Robertson Parkway, 2nd Floor
    Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

                                    Sincerely,

                                    David E. High

DEH:mel
Enclosures

    cc:   Norris Health & Rehabilitation Center

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:        Claimant:    Bonnie Ellen Jones
                        DOB:       6/13/31
                        DOD:       5/10/12
                        SSN#:      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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.    Norris Health & Rehabilitation Center
      3382 Andersonville HWY
      Andersonville, TN 37705

2.    SSC Andersonville Operating Company, LLC
      3382 Andersonville HWY
      Andersonville, TN 37705

3.    SSC Andersonville Operating Company, LLC
      c/o CT Corporation Systems
      800 South Gay Street, Ste 2021
      Knoxville, TN 37929-9710

4.    SSC Andersonville Operating Company, LLC
      1 Ravinia Drive, Ste 1500
      Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

# THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## CHANCERY DIVISION – PROBATE SECTION

IN THE MATTER OF:                                    ]

The Estate of Bonnie Ellen Jones,                    ]

      Deceased,                                   ]

                                                      ]     No.: *13PB0020*

Sandra Loveday,                                      ]

      Petitioner.                                 ]

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____ February ~~5th,~~ 11, 2013 , upon the Petition filed by the designated Personal Representative and sworn testimony of the Petitioner and witnesses. The findings of the Court:

A.      Decedent was a resident of Anderson County, Tennessee.

B.      Decedent died on 05-10-2012.

C.      Decedent left no Will.

D.      Sandra Loveday petitioned the Court to be appointed Administrator.

E.      That no bond is required.

F.      That the inventory for the Administrator is attached hereto.

G.      That Letters of Testamentary be issued to the Administrator upon her taking oath as prescribed by statute.

H.      That the Administrator administer the Estate in compliance with this Order and all applicable laws of the State of Tennessee.

ENTER this the _11_ day of _FEB_ , 2013.

2013 FEB 11 A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

RECEIVED

JAN 24 2013

_(signature)_

**JUDGE WILLIAM LANTRIP**

APPROVED FOR ENTRY BY:

_(signature)_

**K. CHRISTOPHER MARTIN** (23765)
**Attorney for the Estate**
**P.O. Box 584.**
**Clinton, TN  37717**
**(865) 457-3446**

IN THE MATTER OF: ]

The Estate of Bonnie Ellen Jones, ]

Deceased, ]

Sandra Loveday, ]

Petitioner. ]

No.: 13PB0020

## ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES

This cause came on to be heard on the _____ day of _____ 2013, before the Honorable William Lantrip. Based upon the record as a whole, the Court is of the opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**ENTERED** this the 11th day of Feb , 2013.

_____
JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

_____
K. CHRISTOPHER MARTIN (23765)
**Attorney for the Estate**
**Post Office Box 584**
**Clinton, TN 37717**
**865-457-3446**

# IN THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
### PROBATE DIVISION

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

## LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this _11_ of FEBRUARY, 2013.

_____
CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the _11_ day of FEBRUARY, 2013.

_____
CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the _19_ day of _February_ 20_13_
STEVE R. QUEENER, CLERK & MASTER

BY: _Angela Buck_
Deputy Clerk

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _Norris Health And Rehabilitation Center_ and its physicians, employees and agents to release or disclose to _SSC Andersonville Operating Company LLC_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

**RELEASE RECORDS TO:** NAME: _SSC Andersonville Operating Company LLC_
ADDRESS: _1 Ravina Drive Suite 1500_
_Atlanta, Georgia_
_30346-2115_

Patient's Name: **BONNIE ELLEN JONES, deceased**

Patient's SS#: **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**                Patient's Date Of Birth: **6/13/31**

Which physician's records?: **(All) Any Medical Records and/or Billing Information or other documents**

Purpose of Disclosure: **Compliance with T.C.A. §26-26-121.**

1. All records/bills generated by the above-named healthcare provider, including records received from other sources:   INITIALS: _SL_ x

2. Only a portion of records/bills, specifically, dates of treatment, etc.: _____   INITIALS: ___

3. All records/bills at this facility............................................................................   INITIALS: ___

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

\* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials: ___ Substance Abuse, if any     Initials: ___ Psychological or psychiatric conditions, if any     Initials: ___ Aids/HIV/STD's, if any

This Authorization will expire on the occurrence of the settlement of claim or end of litigation.

\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above-named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E. Loveday, Administrator_

Date: _2-20-13_

SANDRA E. LOVEDAY, ADMINISTRATOR OF
Relationship to patient: **THE ESTATE OF BONNIE ELLEN JONES**
Unless Otherwise Indicated, This Authorization Remains In Effect until settlement of claim or end of litigation.
A photocopy of the original of this Authorization shall serve in its stead.

**USPS UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail

From:
David E. High, Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy, 2nd Fl
Nashville, TN 37201

To:
SSC Andersonville Operating Compa
c/o CT Corporation Systems
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

KNOXVILLE TN 37929

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $3.10  06 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 7.17  02/21/2013 |

Postmark
Here
FEB 21 2013

7012 2210 0002 7412 4979

SSC Andersonville Operating Company, LLC
c/o CT Corporation Systems  372
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:
SSC Andersonville Operating Company, LLC
c/o CT Corporation Systems
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ericka Fryer_   ☐ Agent
                    ☐ Address

B. Received by (Printed Name)   C. Date of Deliv
FEB 2   2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchand
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 2210 0002 7412 4979

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

# HIGH LAW OFFICE, PLLC

## DAVID E. HIGH
**Attorney-At-Law**
Rule 31, Listed General Civil Mediator

(615)256-1000                    300 James Robertson Parkway        attyhigh@Bellsouth.Net
(615)256-1009 - Fax          Court Square Building, Second Floor    www.highlawoffice.com
                                        Nashville, Tennessee 37201

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SSC Andersonville Operating Company, LLC
c/o CT Corporation Systems
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710

| | | |
|---|---|---|
| Re: | Deceased: | Bonnie Ellen Jones |
| | Date of Birth: | 6/13/31 |
| | Date of Death: | 5/10/12 |
| | SSN: | 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 |
| | Our Clients: | Sandra Loveday, Administrator of the |
| | | Estate of Bonnie Ellen Jones for the wrongful death of |
| | | Bonnie Ellen Jones |
| | | Potential Claim for Healthcare Liability |
| | | or Medical Malpractice |
| | | Notice Required by T.C.A. §29-26-121(a) |

Dear Sir or Madam:

You are listed as the agent for service of process for SSC Andersonville Operating Company, LLC, which is the owner of Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, TN 37705. Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

The full name and date of birth of the patient whose treatment is at issue is:

| | |
|---|---|
| Patient: | Bonnie Ellen Jones |
| Date of Birth: | 6/13/31 |
| Date of Death: | 5/10/12 |
| SSN: | 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 |

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Loveday, Administrator of the Estate
of Bonnie Ellen Jones (daughter of Bonnie Ellen Jones)
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to the appropriate individuals at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, TN 37705 and SSC Andersonville Operating Company, LLC, 3382 Andersonville HWY, Andersonville, TN 37705 and to the professional liability insurance carrier and/or legal counsel of said Rehabilitation Center and said limited liability corporation for this claim and/or legal counsel, to contact me.

Sincerely,

David E. High

DEH:mel
Enclosures
cc:     Norris Health & Rehabilitation Center

LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:      Claimant:    Bonnie Ellen Jones
                          DOB:      6/13/31
                          DOD:      5/10/12
                          SSN#:    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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.    Norris Health & Rehabilitation Center
        3382 Andersonville HWY
        Andersonville, TN 37705

2.    SSC Andersonville Operating Company, LLC
        3382 Andersonville HWY
        Andersonville, TN 37705

3.    SSC Andersonville Operating Company, LLC
        c/o CT Corporation Systems
        800 South Gay Street, Ste 2021
        Knoxville, TN 37929-9710

4.    SSC Andersonville Operating Company, LLC
        1 Ravinia Drive, Ste 1500
        Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

IN THE MATTER OF:                        ]
                                         ]
The Estate of Bonnie Ellen Jones,        ]
                                         ]
          Deceased,                      ]        No.: 13PB0020
                                         ]
Sandra Loveday,                          ]
                                         ]
          Petitioner.                    ]

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____ February 5th, 2013 , upon the Petitio
filed by the designated Personal Representative and sworn testimony of the Petitioner an
witnesses. The findings of the Court:

A.     Decedent was a resident of Anderson County, Tennessee.

B.     Decedent died on 05-10-2012.

C.     Decedent left no Will.

D.     Sandra Loveday petitioned the Court to be appointed Administrator.

E.     That no bond is required.

F.     That the inventory for the Administrator is attached hereto.

G.     That Letters of Testamentary be issued to the Administrator upon her taking oath
as prescribed by statute.

H.     That the Administrator administer the Estate in compliance with this Order and al
applicable laws of the State of Tennessee.

ENTER this the _1st_ day of _FEB_ , 2013.

RECEIVED

JAN 24 2013

2013 FEB 11   A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
P.O. Box 584.
Clinton, TN  37717
(865) 457-3446

THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
CHANCERY DIVISION – PROBATE SECTION

IN THE MATTER OF:                           ]
                                             ]
The Estate of Bonnie Ellen Jones,           ]
                                             ]
            Deceased,                        ]        No.: 13PB0020
                                             ]
Sandra Loveday,                             ]
                                             ]
            Petitioner.                      ]

## ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES

This cause came on to be heard on the _____ day of _____ 2013, before the Honorable William Lantrip. Based upon the record as a whole, the Court is of the opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**ENTERED** this the 11th day of Feb , 2013.

_____
JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

_____
K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
Post Office Box 584
Clinton, TN 37717
865-457-3446

2013 FEB 11 A 9: 17
STEVE R. QUEENER
CLERK AND MASTER

IN THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
PROBATE DIVISION

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

## LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this _11__ of FEBRUARY, 2013.

_____
CLERK AND MASTER

### STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the _11__ day of FEBRUARY, 2013.

_____
CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the _19_ day of _February_ 20_13_
STEVE R. QUEENER, CLERK & MASTER

BY: _Angela Buck_
Deputy Clerk

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _Norris Health And Rehabilitation Center_ and its physicians, employees and agents to release or disclose to _SSC Andersonville Operating Company LLC_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

**RELEASE RECORDS TO:**   NAME: _SSC Andersonville Operating Company LLC_
ADDRESS: _C/O CT Corporation Systems_
_800 South Gay Street, Suite 2012_
_Knoxville, Tenn 37929-9710_

Patient's Name:   **BONNIE ELLEN JONES, deceased**

Patient's SS#:   **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**          Patient's Date Of Birth:   **6/13/31**

Which physician's records?:   **(All) Any Medical Records and/or Billing Information or other documents**

Purpose of Disclosure:   **Compliance with T.C.A. §26-26-121.**

1.   All records/bills generated by the above-named healthcare provider, including records received from other sources:   INITIALS: _SJ_ ˣ

2.   Only a portion of records/bills, specifically, dates of treatment, etc.: _____   INITIALS: ___

3.   All records/bills at this facility... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ...   INITIALS: ___

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

\* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials: .          Initials:          Initials:
___ Substance Abuse, if any      ___ Psychological or psychiatric conditions, if any      ___ Aids/HIV/STD's, if any

**This Authorization will expire on the occurrence of the settlement of claim or end of litigation.**
\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above- named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E Gasden A Dimember_
SANDRA E. LOVEDAY, ADMINISTRATOR OF
Date: **2-20-13**          Relationship to patient: **THE ESTATE OF BONNIE ELLEN JONES**
**Unless Otherwise Indicated, This Authorization Remains In Effect until settlement of claim or end of litigation.**
**A photocopy of the original of this Authorization shall serve in its stead.**

UNITED STATES POSTAL SERVICE®

## Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
David E. High., Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy, 2nd F
Nashville, TN 37201

To:
Norris Health & Rehabilitation
ATTN: Nursing Home Administrat
3382 Andersonville HWY
Andersonville, TN 37705

NASHVILLE TN FEB 21 USPS 37219
U.S. POSTAGE PAID NASHVILLE, TN 37219 FEB 21, 13 AMOUNT $1.20 00041170-06

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ANDERSONVILLE TN 37705

| | |
|---|---|
| Postage | $ [illegible] |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.17 |

Postmark Here
NASHVILLE TN ARCADE STA FEB 21 2013 06
02/21/2013

Sent To: Norris Health & Rehabilitation Ctr
Street, Apt. No.; or PO Box No.: ATTN: Nursing Home Administrator
3382 Andersonville HWY
City, State, ZIP+4: Andersonville, TN 37705

PS Form 3800, August 2006 See Reverse for Instructions

7012 2210 0002 7412 4993

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Norris Health & Rehabilitation Ctr
ATTN: Nursing Home Administrator
3382 Andersonville HWY
Andersonville, TN 37705

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
x Holly Golden ☒ Agent ☐ Addres

B. Received by (Printed Name) Holly Golden
C. Date of Deliv 2-25-1

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchand
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 2210 0002 7412 4993

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M

# HIGH LAW OFFICE, PLLC

## DAVID E. HIGH
Attorney-At-Law
Rule 31, Listed General Civil Mediator

(615)256-1000        300 James Robertson Parkway        attyhigh@Bellsouth.Net
  (615)256-1009 - Fax       Court Square Building, Second Floor       www.highlawoffice.com
                                 Nashville, Tennessee 37201

February 21, 2013


**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**


Norris Health & Rehabilitation Center
ATTN: Nursing Home Administrator
3382 Andersonville HWY
Andersonville, TN 37705

| | Re: | Deceased: | Bonnie Ellen Jones |
|---|---|---|---|
| | | Date of Birth: | 6/13/31 |
| | | Date of Death: | 5/10/12 |
| | | SSN: | 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 |
| | | Our Clients: | Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for the wrongful death of Bonnie Ellen Jones |
| | | | Potential Claim for Healthcare Liability or Medical Malpractice |
| | | | Notice Required by T.C.A. §29-26-121(a) |

Dear Sir or Madam:

Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

The full name and date of birth of the patient whose treatment is at issue is:

Patient:          Bonnie Ellen Jones
Date of Birth:    6/13/31
Date of Death:    5/10/12
SSN:              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

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Sincerely,

David E. High

DEH:mel
Enclosure
cc:     SSC Andersonville Operating Company, LLC

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:      Claimant:    Bonnie Ellen Jones
                    DOB:     6/13/31
                    DOD:     5/10/12
                    SSN#:   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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.    Norris Health & Rehabilitation Center
       3382 Andersonville HWY
       Andersonville, TN 37705

2.    SSC Andersonville Operating Company, LLC
       3382 Andersonville HWY
       Andersonville, TN 37705

3.    SSC Andersonville Operating Company, LLC
       c/o CT Corporation Systems
       800 South Gay Street, Ste 2021
       Knoxville, TN 37929-9710

4.    SSC Andersonville Operating Company, LLC
       1 Ravinia Drive, Ste 1500
       Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

# THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## CHANCERY DIVISION – PROBATE SECTION

IN THE MATTER OF:                              ]

The Estate of Bonnie Ellen Jones,             ]

      Deceased,    ]          No.: *13PB0020*

Sandra Loveday,                                ]

      Petitioner.   ]

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____February 5th, 2013__ *11*, upon the Petition filed by the designated Personal Representative and sworn testimony of the Petitioner and witnesses. The findings of the Court:

A.     Decedent was a resident of Anderson County, Tennessee.

B.     Decedent died on 05-10-2012.

C.     Decedent left no Will.

D.     Sandra Loveday petitioned the Court to be appointed Administrator.

E.     That no bond is required.

F.     That the inventory for the Administrator is attached hereto.

G.     That Letters of Testamentary be issued to the Administrator upon her taking oath as prescribed by statute.

H.     That the Administrator administer the Estate in compliance with this Order and all applicable laws of the State of Tennessee.

ENTER this the _1st_ day of _Feb_, 2013.

2013 FEB 11 A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

RECEIVED

JAN 24 2013

**JUDGE WILLIAM LANTRIP**

APPROVED FOR ENTRY BY:

**K. CHRISTOPHER MARTIN** (23765)
**Attorney for the Estate**
**P.O. Box 584.**
**Clinton, TN  37717**
**(865) 457-3446**

## THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## CHANCERY DIVISION – PROBATE SECTION

IN THE MATTER OF:                              ]
                                               ]
The Estate of Bonnie Ellen Jones,             ]
                                               ]
            Deceased,                          ]    No.: *13PB0020*
                                               ]
Sandra Loveday,                               ]
                                               ]
            Petitioner.                        ]

## ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES

This cause came on to be heard on the _____ day of _____ 2013, before the Honorable William Lantrip. Based upon the record as a whole, the Court is of the opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**ENTERED** this the *11th* day of *Feb*, 2013.

_____
JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

_____
**K. CHRISTOPHER MARTIN (23765)**
**Attorney for the Estate**
**Post Office Box 584**
**Clinton, TN 37717**
**865-457-3446**

2013 FEB 11 A 9: 17
STEVE R. QUEENER
CLERK AND MASTER

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

### LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this _____ of FEBRUARY, 2013.

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the _____ day of FEBRUARY, 2013.

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the 19 day of February 20 13
STEVE R. QUEENER, CLERK & MASTER
BY: _____
Deputy Clerk

CLERK AND MASTER

SEAL

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _SS C Andersonville Operating Company LLC_ and its physicians, employees and agents to release or disclose to _Norris Health And Rehabilitation Center_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

| | |
|---|---|
| **RELEASE RECORDS TO:** | **NAME:** _Norris Health And Rehabilitation Center_ |
| | **ADDRESS:** _3382 Andersonville Hwy_ |
| | _Andersonville, TN. 37705_ |

Patient's Name:  **BONNIE ELLEN JONES, deceased**

Patient's SS#:  **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**  Patient's Date Of Birth:  **6/13/31**

Which physician's records?: **(All) Any Medical Records and/or Billing Information or other documents**

Purpose of Disclosure: **Compliance with T.C.A. §26-26-121.**

1. All records/bills generated by the above-named healthcare provider, including records received from other sources:  INITIALS: _SJ_ x

2. Only a portion of records/bills, specifically, dates of treatment, etc.: _____  INITIALS:__

3. All records/bills at this facility... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... .  INITIALS:__

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

\* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

| Initials: | Initials: | Initials: |
|---|---|---|
| ___Substance Abuse, if any | ___Psychological or psychiatric conditions, if any | ___Aids/HIV/STD's, if any |

This Authorization will expire on the occurrence of the settlement of claim or end of litigation.
\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above-named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E. Saisler A. Dimmer_

SANDRA E. LOVEDAY, ADMINISTRATOR OF

Date: _2-20-13_  Relationship to patient: _THE ESTATE OF BONNIE ELLEN JONES_
Unless Otherwise Indicated, This Authorization Remains In Effect until settlement of claim or end of litigation.
A photocopy of the original of this Authorization shall serve In its stead.

EXHIBIT

1-B

# IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

| | |
|---|---|
| SANDRA LOVEDAY, Administrator of the Estate of BONNIE ELLEN JONES and SANDRA LOVEDAY, individually and as next of kin and for the wrongful death of BONNIE ELLEN JONES, )))))))  Plaintiffs, )))  v. )))  SSC ANDERSONVILLE OPERATING COMPANY, LLC d/b/a NORRIS HEALTH AND REHABILITATION CENTER, )))))  Defendants. )) | No.: _____  JURY DEMAND |

## AFFIDAVIT OF ARTHUR C. EARLS IV

STATE OF TENNESSEE    )
COUNTY OF DAVIDSON    )

Notice required by T.C.A.§29-26-121(a).

ARTHUR C. EARLS IV, being first duly sworn states the following:

1. I have personal knowledge of the matters stated in this Affidavit.

2. I am employed at High Law Office, PLLC, as a law clerk.

3. On February 21, 2013, I mailed the attached four letters certified mail, return receipt requested and obtained the attached certificates of mailing for each letter. The attached certified letters to SSC Andersonville Operating Company, LLC were mailed to their business addresses located at 3382 Andersonville Highway, Andersonville, TN 37705-3816 and to their Atlanta, Georgia business address located at 1 Ravinia Drive, Ste 1500, Atlanta, GA 30346-2115 and to their agent for service of process, CT Corporation System, 800 South Gay Street, Ste 2021, Knoxville, TN 37929-9710. Also, the attached certified letter to Norris Health and Rehabilitation Center was mailed to its business address located at 3382 Andersonville Highway, Andersonville, TN 37705-3816. I obtained certificates of mailing for all four letters.

Thereafter, the attached return receipts were received back at High Law Office, PLLC. (See attached).

4.      Copies of the certified mail receipts, certificates of mailing and the four letters and attachments are attached to my Affidavit. These letters were all mailed by me as described on February 21, 2013.

This the _1st_ day of May 2013.

FURTHER this affiant saith not.

_____
ARTHUR C. EARLS IV

SWORN TO AND SUBSCRIBED before me on this the _1st_ day of May 2013.

_____
Notary Public

My Commission Expires: _____

My Commission Expires JULY 8, 2013

2



**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
David E. High, Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy, 2nd Floor
Nashville, TN 37201

To:
SSC Andersonville Operating Co.
3383 Andersonville HWY
Andersonville, TN 37705

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ANDERSONVILLE TN 37705

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $3.10 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 7.17 | 02/21/2013 |

Sent To:
SSC Andersonville Operating Co., LLC
Street, Apt No.; 3383 Andersonville HWY - 37219
or PO Box No.
City, State, ZIP+4  Andersonville, TN  37705

7012 2210 0000 7412 4962

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
SSC Andersonville Operating Co.
3383 Andersonville HWY
Andersonville, TN  37705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Holly Gold_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
_Holly Golden_  2-25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

# HIGH LAW OFFICE, PLLC

## DAVID E. HIGH

Attorney-At-Law

Rule 31, Listed General Civil Mediator

(615)256-1000
(615)256-1009 - Fax

300 James Robertson Parkway
Court Square Building, Second Floor
Nashville, Tennessee 37201

attyhigh@Bellsouth.Net
www.highlawoffice.com

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SSC Andersonville Operating Company, LLC
3382 Andersonville HWY
Andersonville, TN 37705

|     |     |     |
|-----|-----|-----|
| Re: | Deceased: | Bonnie Ellen Jones |
|     | Date of Birth: | 6/13/31 |
|     | Date of Death: | 5/10/12 |
|     | SSN: | 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 |
|     | Our Clients: | Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones, for the wrongful death of Bonnie Ellen Jones |
|     |     | Potential Claim for Healthcare Liability or Medical Malpractice |
|     |     | Notice Required by T.C.A. §29-26-121(a) |

Dear Sir or Madam:

Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

The full name and date of birth of the patient whose treatment is at issue is:

| | |
|---|---|
| Patient: | Bonnie Ellen Jones |
| Date of Birth: | 6/13/31 |
| Date of Death: | 5/10/12 |
| SSN: | 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 |

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Loveday, Administrator of the Estate
of Bonnie Ellen Jones (Daughter of Bonnie Ellen Jones)
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Sincerely,

David E. High

DEH:mel
Enclosures
cc:    Norris Health & Rehabilitation Center

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:      Claimant:    Bonnie Ellen Jones
                        DOB:      6/13/31
                        DOD:      5/10/12
                        SSN#:    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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.      Norris Health & Rehabilitation Center
         3382 Andersonville HWY
         Andersonville, TN 37705

2.      SSC Andersonville Operating Company, LLC
         3382 Andersonville HWY
         Andersonville, TN 37705

3.      SSC Andersonville Operating Company, LLC
         c/o CT Corporation Systems
         800 South Gay Street, Ste 2021
         Knoxville, TN 37929-9710

4.      SSC Andersonville Operating Company, LLC
         1 Ravinia Drive, Ste 1500
         Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

IN THE MATTER OF:

The Estate of Bonnie Ellen Jones,

Deceased,

Sandra Loveday,

Petitioner.

]
]
]
]
]
]
]
]
]
]

No.: *13PB0020*

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____ February 11th, 2013 , upon the Petition filed by the designated Personal Representative and sworn testimony of the Petitioner and witnesses. The findings of the Court:

A.  Decedent was a resident of Anderson County, Tennessee.

B.  Decedent died on 05-10-2012.

C.  Decedent left no Will.

D.  Sandra Loveday petitioned the Court to be appointed Administrator.

E.  That no bond is required.

F.  That the inventory for the Administrator is attached hereto.

G.  That Letters of Testamentary be issued to the Administrator upon her taking oath as prescribed by statute.

H.  That the Administrator administer the Estate in compliance with this Order and all applicable laws of the State of Tennessee.

ENTER this the 11th day of FEO , 2013.

2013 FEB 11 A 9:16
STEVE R. QUEENER
CLERK AND MASTER

RECEIVED

JAN 24 2013

JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
P.O. Box 584.
Clinton, TN  37717
(865) 457-3446

<u>THE S..ENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE</u>
<u>CHANCERY DIVISION – PROBATE SECTION</u>

IN THE MATTER OF:                                    ]
                                                     ]
The Estate of Bonnie Ellen Jones,                    ]
                                                     ]
              Deceased,                              ]    No.: *13PB0020*
                                                     ]
Sandra Loveday,                                      ]
                                                     ]
              Petitioner.                            ]

<u>ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS</u>
<u>ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES</u>

This cause came on to be heard on the _____ day of _____ 2013,

before the Honorable William Lantrip.  Based upon the record as a whole, the Court is of the

opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday

be appointed Administrator of the Estate of Bonnie Ellen Jones.

**ENTERED** this the *11th* day of *Feb*, 2013.

_____
JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

_____
K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
Post Office Box 584
Clinton, TN 37717
865-457-3446

IN TH┌ SEVENTH JUDICIAL DISTRICT FOR ⌐ STATE OF TENNESSEE
PROBATE DIVISION

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

### LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this ___11___ of FEBRUARY, 2013.

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the ___11___ day of FEBRUARY, 2013.

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the 19 day of February 20 13
STEVE R. QUEENER, CLERK & MASTER
BY: _Angela Buck_
Deputy Clerk

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _Norris Health And Rehabilitation Center_ and its physicians, employees and agents to release or disclose to _SSC Andersonville Operating Company LLC_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

RELEASE RECORDS TO:  NAME: _SSC Andersonville Operating Company LLC_
ADDRESS: _3382 Andersonville Hwy_
_Andersonville, Tenn. 37705_

Patient's Name: __BONNIE ELLEN JONES, deceased__

Patient's SS#: __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__          Patient's Date Of Birth: __6/13/31__

Which physician's records?: __(All) Any Medical Records and/or Billing Information or other documents__

Purpose of Disclosure: __Compliance with T.C.A. §26-26-121.__

| | | |
|---|---|---|
| 1. | All records/bills generated by the above-named healthcare provider, including records received from other sources: | INITIALS: _SL_ x |
| 2. | Only a portion of records/bills, specifically, dates of treatment, etc.: | INITIALS: ___ |
| 3. | All records/bills at this facility... | INITIALS: ___ |

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials: ___ Substance Abuse, if any    Initials: ___ Psychological or psychiatric conditions, if any    Initials: ___ Aids/HIV/STD's, if any

This Authorization will expire on the occurrence of the settlement of claim or end of litigation.

* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above- named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E. Loveday, Administrator_

Date: _2-20-13_

SANDRA E. LOVEDAY, ADMINISTRATOR OF

Relationship to patient: __THE ESTATE OF BONNIE ELLEN JONES__
Unless Otherwise Indicated, This Authorization Remains in Effect until settlement of claim or end of litigation.
A photocopy of the original of this Authorization shall serve in its stead.

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
David E. High, Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy, 2nd Floor
Nashville, TN 37201

To: SSC Andersonville Operating Co., LLC
1 Ravinia Drive, Ste 1500
Atlanta, GA 39346-2115

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ATLANTA GA 30346

| | |
|---|---|
| Postage | $ |
| Certified Fee | $3.18 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.17 |

Postmark Here
FEB 21 2013
02/21/2013

7012 2210 0002 7412 4955

Sent To SSC Andersonville Operating Co., L
Street, Apt No.; 1 Ravinia Drive, Ste 1500
or PO Box No. Atlanta, GA 39346-2115
City, State, ZIP+4

PS Form 3800, August 2006      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SSC Andersonville Operating Co., LLC
1 Ravinia Drive, Ste 1500
Atlanta, GA 39346-2115

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 3. Perry
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. Perry

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7012 2210 0002 7412 4955

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-

# HIGH LAW OFFICE, PLLC

### DAVID E. HIGH
Attorney-At-Law
Rule 31, Listed General Civil Mediator

(615)256-1000                     300 James Robertson Parkway            attyhigh@Bellsouth.Net
   (615)256-1009 - Fax            Court Square Building, Second Floor         www.highlawoffice.com
                                  Nashville, Tennessee 37201

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SSC Andersonville Operating Company, LLC
1 Ravinia Drive, Ste 1500
Atlanta, GA  30346-2115

<table>
<tr><td>Re:</td><td>Deceased:</td><td>Bonnie Ellen Jones</td></tr>
<tr><td></td><td>Date of Birth:</td><td>6/13/31</td></tr>
<tr><td></td><td>Date of Death:</td><td>5/10/12</td></tr>
<tr><td></td><td>SSN:</td><td>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</td></tr>
<tr><td></td><td>Our Clients:</td><td>Sandra Loveday, Administrator of the Estate of<br>Bonnie Ellen Jones, for the wrongful death of<br>Bonnie Ellen Jones<br>Potential Claim for Healthcare Liability<br>or Medical Malpractice<br>Notice Required by T.C.A. §29-26-121(a)</td></tr>
</table>

Dear Sir or Madam:

Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

The full name and date of birth of the patient whose treatment is at issue is:

| | |
|---|---|
| Patient: | Bonnie Ellen Jones |
| Date of Birth: | 6/13/31 |
| Date of Death: | 5/10/12 |
| SSN: | 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 |

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Elizabeth Loveday, Administrator of the Estate
of Bonnie Ellen Jones (daughter of Bonnie Ellen Jones)
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Sincerely,

David E. High

DEH:mel
Enclosures

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:        Claimant:        Bonnie Ellen Jones
                            DOB:        6/13/31
                            DOD:        5/10/12
                            SSN#:       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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1. Norris Health & Rehabilitation Center
   3382 Andersonville HWY
   Andersonville, TN  37705

2. SSC Andersonville Operating Company, LLC
   3382 Andersonville HWY
   Andersonville, TN  37705

3. SSC Andersonville Operating Company, LLC
   c/o CT Corporation Systems
   800 South Gay Street, Ste 2021
   Knoxville, TN  37929-9710

4. SSC Andersonville Operating Company, LLC
   1 Ravinia Drive, Ste 1500
   Atlanta, GA  30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

# THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## CHANCERY DIVISION -- PROBATE SECTION

IN THE MATTER OF:                              ]
                                               ]
The Estate of Bonnie Ellen Jones,             ]
                                               ]
Deceased,                                      ]        No.: 13PB0020
                                               ]
Sandra Loveday,                                ]
                                               ]
Petitioner.                                    ]

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____ February 11th, 2013 , upon the Petition filed by the designed Personal Representative and sworn testimony of the Petitioner and witnesses. The findings of the Court:

A.    Decedent was a resident of Anderson County, Tennessee.

B.    Decedent died on 05-10-2012.

C.    Decedent left no Will.

D.    Sandra Loveday petitioned the Court to be appointed Administrator.

E.    That no bond is required.

F.    That the inventory for the Administrator is attached hereto.

G.    That Letters of Testamentary be issued to the Administrator upon her taking oath as prescribed by statute.

H.    That the Administrator administer the Estate in compliance with this Order and all applicable laws of the State of Tennessee.

ENTER this the 11th day of Feb , 2013.

RECEIVED

JAN 24 2013

2013 FEB 11 A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
P.O. Box 584.
Clinton, TN  37717
(865) 457-3446

IN THE MATTER OF:                              ]
                                               ]
The Estate of Bonnie Ellen Jones,             ]
                                               ]
        Deceased,                              ]        No.:  13PB0020
                                               ]
Sandra Loveday,                                ]
                                               ]
        Petitioner.                            ]

## ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES

This cause came on to be heard on the _____ day of _____ 2013, before the Honorable William Lantrip.  Based upon the record as a whole, the Court is of the opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

**ENTERED** this the 11th day of Feb, 2013.

_____
JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

_____
K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
Post Office Box 584
Clinton, TN 37717
865-457-3446

2013 FEB 11  A 9: 17
STEVE R. GARDNER
CLERK AND MASTER

# IN THE SEVENTH JUDICIAL DISTRICT FOR STATE OF TENNESSEE
## PROBATE DIVISION

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

### LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you. These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this _11_ of FEBRUARY, 2013.

_____
CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the _11_ day of FEBRUARY, 2013.

_____
CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the _19_ day of _February_ 20_13_
STEVE R. QUEENER, CLERK & MASTER

BY: _Angela Buck_
Deputy Clerk

<div align="center">

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

</div>

I hereby authorize _Norris Health And Rehabilitation Center_ and
its physicians, employees and agents to release or disclose to _SSC Andersonville Operating Company, LLC_
all of my billing information and/or documentation and all of my medical records including any specially
protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism,
sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

**RELEASE RECORDS TO:**    **NAME:** _SSC Andersonville Operating Company LLC_
                       **ADDRESS:** _1 Ravina Drive Suite 1500_
_Atlanta Georgia_
_30346-2115_

**Patient's Name:**    **BONNIE ELLEN JONES, deceased**

**Patient's SS#:**    __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__          **Patient's Date Of Birth:**    __6/13/31__

**Which physician's records?:**   **(All) Any Medical Records and/or Billing Information or other documents**

**Purpose of Disclosure:**   **Compliance with T.C.A. §26-26-121.**

| | | |
|---|---|---|
| 1. | All records/bills generated by the above-named healthcare provider, including records received from other sources: | **INITIALS:** _SL_ x |
| 2. | Only a portion of records/bills, specifically, dates of treatment, etc.: _____ | **INITIALS:** ___ |
| 3. | All records/bills at this facility... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... | **INITIALS:** ___ |

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and
initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

\* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the
organization, agency, or individual named on this request with the exception of:

Initials: ___ Substance Abuse, if any     Initials: ___ Psychological or psychiatric conditions, if any     Initials: ___ Aids/HIV/STD's, if any

This Authorization will expire on the occurrence of the settlement of claim or end of litigation.

\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have
any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my
revocation. Should I desire to revoke this Authorization, I must send written notice to the above-named health care provider. I
understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment,
payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to
disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not
limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for
treatment, payment, or healthcare operations, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** _Sandra E. Loveday Administrator_

**Date:** _2-20-13_           SANDRA E. LOVEDAY, ADMINISTRATOR OF
             **Relationship to patient:** **THE ESTATE OF BONNIE ELLEN JONES**
**Unless Otherwise Indicated, This Authorization Remains in Effect until settlement of claim or end of litigation.
A photocopy of the original of this Authorization shall serve in its stead.**

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

> David E. High, Esq.
> HIGH LAW OFFICE, PLLC
> 300 James Robertson Pkwy, 2nd Fl
> Nashville, TN 37201

To:

> SSC Andersonville Operating Compan
> c/o CT Corporation Systems
> 800 South Gay Street, Ste 2021
> Knoxville, TN  37929-9710

PS Form **3817**, April 2007  PSN 7530-02-000-9065

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

KNOXVILLE TN 37929

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $3.10 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | FEB 21 2013 |
| Total Postage & Fees | $ | $7.17 | 02/21/2013 |

*Sent To* SSC Andersonville Operating Company, LLC
*Street, Apt. No.;* c/o CT Corporation Systems
*or PO Box No.* 800 South Gay Street, Ste 2021
*City, State, ZIP+4* Knoxville, TN 37929-9710

7012 2210 0002 7412 4979

PS Form 3800, August 2006          See Reverse for Instructions

---



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SSC Andersonville Operating Company, LLC
c/o CT Corporation Systems
800 South Gay Street, Ste 2021
Knoxville, TN  37929-9710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ericka Frey_    ☐ Agent
                    ☐ Addressee
B. Received by ( Printed Name )   C. Date of Deliv
   FEB 2    2013
D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandi
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0002 7412 4979

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-15

# HIGH LAW OFFICE, PLLC

## DAVID E. HIGH

Attorney-At-Law
Rule 31, Listed General Civil Mediator

(615)256-1000                    300 James Robertson Parkway        attyhigh@Bellsouth.Net
(615)256-1009 - Fax          Court Square Building, Second Floor     www.highlawoffice.com
                                     Nashville, Tennessee 37201

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

SSC Andersonville Operating Company, LLC
c/o CT Corporation Systems
800 South Gay Street, Ste 2021
Knoxville, TN 37929-9710

|        |               |                                                      |
|--------|---------------|------------------------------------------------------|
| Re:    | Deceased:     | Bonnie Ellen Jones                                   |
|        | Date of Birth:| 6/13/31                                              |
|        | Date of Death:| 5/10/12                                              |
|        | SSN:          | 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                                          |
|        | Our Clients:  | Sandra Loveday, Administrator of the                 |
|        |               | Estate of Bonnie Ellen Jones for the wrongful death of |
|        |               | Bonnie Ellen Jones                                   |
|        |               | Potential Claim for Healthcare Liability             |
|        |               | or Medical Malpractice                               |
|        |               | Notice Required by T.C.A. §29-26-121(a)             |

Dear Sir or Madam:

You are listed as the agent for service of process for SSC Andersonville Operating Company, LLC, which is the owner of Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, TN 37705. Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

SSC Andersonville Operating Company, LLC
c/o CT Corporation Systems
February 21, 2013
Page 2

The full name and date of birth of the patient whose treatment is at issue is:

| | |
|---|---|
| Patient: | Bonnie Ellen Jones |
| Date of Birth: | 6/13/31 |
| Date of Death: | 5/10/12 |
| SSN: | 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 |

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Loveday, Administrator of the Estate
of Bonnie Ellen Jones (daughter of Bonnie Ellen Jones)
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to the appropriate individuals at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, TN 37705 and SSC Andersonville Operating Company, LLC, 3382 Andersonville HWY, Andersonville, TN 37705 and to the professional liability insurance carrier and/or legal counsel of said Rehabilitation Center and said limited liability corporation for this claim and/or legal counsel, to contact me.

Sincerely,

David E. High

DEH:mel
Enclosures
cc: Norris Health & Rehabilitation Center

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:        Claimant:    Bonnie Ellen Jones
                              DOB:       6/13/31
                              DOD:       5/10/12
                              SSN#:     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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.      Norris Health & Rehabilitation Center
         3382 Andersonville HWY
         Andersonville, TN 37705

2.      SSC Andersonville Operating Company, LLC
         3382 Andersonville HWY
         Andersonville, TN 37705

3.      SSC Andersonville Operating Company, LLC
         c/o CT Corporation Systems
         800 South Gay Street, Ste 2021
         Knoxville, TN 37929-9710

4.      SSC Andersonville Operating Company, LLC
         1 Ravinia Drive, Ste 1500
         Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

IN THE MATTER OF:                              ]
                                               ]
The Estate of Bonnie Ellen Jones,             ]
                                               ]
                Deceased,                      ]
                                               ]       No.: *13PB0020*
Sandra Loveday,                                ]
                                               ]
                Petitioner.                    ]

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____February 5th, 2013___, upon the Petitio
filed by the designated Personal Representative and sworn testimony of the Petitioner an
witnesses. The findings of the Court:

A.      Decedent was a resident of Anderson County, Tennessee.

B.      Decedent died on 05-10-2012.

C.      Decedent left no Will.

D.      Sandra Loveday petitioned the Court to be appointed Administrator.

E.      That no bond is required.

F.      That the inventory for the Administrator is attached hereto.

G.      That Letters of Testamentary be issued to the Administrator upon her taking oath
as prescribed by statute.

H.      That the Administrator administer the Estate in compliance with this Order and all
applicable laws of the State of Tennessee.

ENTER this the _1st_ day of _Feb_, 2013.

RECEIVED

JAN 24 2013

2013 FEB 11  A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
P.O. Box 584.
Clinton, TN 37717
(865) 457-3446

IN THE MATTER OF:       ]

The Estate of Bonnie Ellen Jones,  ]

   Deceased,       ]  No.: *13PB0020*

Sandra Loveday,      ]

   Petitioner.       ]

## ORDER ALLOWING THE APPOINTMENT OF SANDRA LOVEDAY AS ADMINISTRATOR OF THE ESTATE OF BONNIE ELLEN JONES

  This cause came on to be heard on the _____ day of _____ 2013, before the Honorable William Lantrip. Based upon the record as a whole, the Court is of the opinion that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

  **IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Sandra Loveday be appointed Administrator of the Estate of Bonnie Ellen Jones.

  **ENTERED** this the _11th_ day of _Feb_, 2013.

_Wm E. [signature]_
_____
JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

[signature]
_____
**K. CHRISTOPHER MARTIN (23765)**
**Attorney for the Estate**
**Post Office Box 584**
**Clinton, TN 37717**
**865-457-3446**

2013 FEB 11 A 9:17
STEVE R. OSTINER
CLERK AND MASTER

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

## LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this ___11___ of FEBRUARY, 2013.

_[signature]_

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the ___11___ day of FEBRUARY, 2013.

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the _19_ day of _February_ 20_13_
STEVE R. QUEENER, CLERK & MASTER
BY: _Angela Buck_
Deputy Clerk

_[signature]_

CLERK AND MASTER

_[seal: CHANCERY COURT SEAL]_

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _Norris Health And Rehabilitation Center_ and its physicians, employees and agents to release or disclose to _SSC Andersonville Operating Company LLC_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

**RELEASE RECORDS TO:**     NAME: _SSC Andersonville Operating Company LLC_
                                ADDRESS: _C/O C T Corporation Systems_
                                       _800 South Gay Street, Suite 2012_
                                       _Knoxville, Tenn 37929-9710_

Patient's Name:     **BONNIE ELLEN JONES, deceased**

Patient's SS#:     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                   Patient's Date Of Birth:     6/13/31

Which physician's records?:    <u>(All) Any Medical Records and/or Billing Information or other documents</u>

Purpose of Disclosure:     <u>Compliance with T.C.A. §26-26-121.</u>

1.   All records/bills generated by the above-named healthcare provider, including records received from other sources:     INITIALS: _SJ_ ˣ

2.   Only a portion of records/bills, specifically, dates of treatment, etc.: _____     INITIALS: ___

3.   All records/bills at this facility ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... .     INITIALS: ___

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials: ____ Substance Abuse, if any     Initials: ____ Psychological or psychiatric conditions, if any     Initials: ____ Aids/HIV/STD's, if any

**This Authorization will expire on the occurrence of the settlement of claim or end of litigation.**
* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above- named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E. Loveday, Administrator_

Date: _2-20-13_          SANDRA E. LOVEDAY, ADMINISTRATOR OF
                     Relationship to patient: **THE ESTATE OF BONNIE ELLEN JONES**
**Unless Otherwise Indicated, This Authorization Remains In Effect until settlement of claim or end of litigation. A photocopy of the original of this Authorization shall serve in its stead.**



**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

From:
David E. High., Esq.
HIGH LAW OFFICE, PLLC
300 James Robertson Pkwy., 2nd F
Nashville, TN 37201

To:
Norris Health & Rehabilitation
ATTN: Nursing Home Administrato
3382 Andersonville HWY
Andersonville, TN 37705

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $3.10 | |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.17 | 02/21/2013 |

Sent To
*Norris Health & Rehabilitation Ctr*
Street, Apt. No. *ATTN: Nursing Home Administrator*
or PO Box No. *3382 Andersonville HWY*
City, State, ZIP+4 *Andersonville, TN 37705*

PS Form 3800, August 2006    See Reverse for Instructions

7012 2210 0002 7412 4993

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norris Health & Rehabilitation Ctr
ATTN: Nursing Home Administrator
3382 Andersonville HWY
Andersonville, TN 37705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Holly Gold_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
_Holly Holden_  3-25-1

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchand
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7012 2210 0002 7412 4993

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-

# HIGH LAW OFFICE, PLLC

### DAVID E. HIGH
#### Attorney-At-Law
#### Rule 31, Listed General Civil Mediator

| | | |
|---|---|---|
| (615)256-1000 | 300 James Robertson Parkway | attyhigh@Bellsouth.Net |
| (615)256-1009 - Fax | Court Square Building, Second Floor | www.highlawoffice.com |
| | Nashville, Tennessee 37201 | |

February 21, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Norris Health & Rehabilitation Center
ATTN: Nursing Home Administrator
3382 Andersonville HWY
Andersonville, TN 37705

| Re: | Deceased: | Bonnie Ellen Jones |
|---|---|---|
| | Date of Birth: | 6/13/31 |
| | Date of Death: | 5/10/12 |
| | SSN: | 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 |
| | Our Clients: | Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for the wrongful death of Bonnie Ellen Jones |
| | | Potential Claim for Healthcare Liability or Medical Malpractice |
| | | Notice Required by T.C.A. §29-26-121(a) |

Dear Sir or Madam:

Attorney K. Christopher Martin, P. O. Box 584, Clinton, TN 37717 and High Law Office, PLLC, are the attorneys representing Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones for a claim for healthcare liability or medical malpractice and for the wrongful death of Bonnie Ellen Jones, on May 10, 2012, at your facility. Sandra Loveday is asserting a claim for healthcare liability or medical malpractice for the negligent treatment received by Bonnie Ellen Jones while at Norris Health & Rehabilitation Center, causing damages and injuries including her wrongful death on May 10, 2012. Our investigation reveals acts of negligence by the employees and staff of your facility, including negligently failure to administer, monitor and control the input of IV fluids into Ms. Jones on May 9, 2012 and May 10, 2012, resulting in fluid overload and her wrongful death on May 10, 2012.

These negligent acts and omissions occurred at Norris Health & Rehabilitation Center, 3382 Andersonville HWY, Andersonville, Tennessee 37705.

The full name and date of birth of the patient whose treatment is at issue is:

| | |
|---|---|
| Patient: | Bonnie Ellen Jones |
| Date of Birth: | 6/13/31 |
| Date of Death: | 5/10/12 |
| SSN: | 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 |

The name and address of the claimant authorizing this notice and relationship to the patient is:

Sandra Loveday, Administrator of the Estate of Bonnie Ellen Jones
204 Sailview Lane
Clinton, TN 37716

The name and address of the attorney sending this notice is:

David E. High
High Law Office, PLLC
Court Square Building
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201

Enclosed herein is a list of the names and addresses of all providers being sent a notice.

Enclosed are HIPAA compliant medical authorizations permitting your corporation to obtain complete medical records from each other provider being sent a notice.

Also enclosed are copies of an Order Allowing the Appointment of Sandra Loveday Administrator of the Estate of Bonnie Ellen Jones, an Order Granting Letters of Administration, and a Letter of Administration.

Please send a copy of this correspondence and all enclosures to your professional liability insurance carrier and/or your legal counsel. I would appreciate hearing from your representative of your professional liability insurance carrier or your legal counsel as soon as possible.

Sincerely,

David E. High

DEH:mel
Enclosure
cc:    SSC Andersonville Operating Company, LLC

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS
## BEING SENT A NOTICE PURSUANT TO T.C.A. §29-26-121(a)

Re:        Claimant:     Bonnie Ellen Jones
                         DOB:      6/13/31
                         DOD:      5/10/12
                         SSN#:     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

The below is a list of health care providers to whom notice is being given, pursuant to T.C.A. §29-26-121(a), of a potential claim for medical malpractice:

1.    Norris Health & Rehabilitation Center
      3382 Andersonville HWY
      Andersonville, TN 37705

2.    SSC Andersonville Operating Company, LLC
      3382 Andersonville HWY
      Andersonville, TN 37705

3.    SSC Andersonville Operating Company, LLC
      c/o CT Corporation Systems
      800 South Gay Street, Ste 2021
      Knoxville, TN 37929-9710

4.    SSC Andersonville Operating Company, LLC
      1 Ravinia Drive, Ste 1500
      Atlanta, GA 30346-2115

Each provider above is being sent a HIPAA compliant medical authorization permitting each to obtain complete medical records from each other.

# THE SEVENTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## CHANCERY DIVISION – PROBATE SECTION

IN THE MATTER OF: ]

The Estate of Bonnie Ellen Jones, ]

    Deceased, ]

                         No.: *13PB0020*

Sandra Loveday, ]

    Petitioner. ]

## ORDER GRANTING LETTERS OF ADMINISTRATION

This cause came to be heard on _____February 5th, 2013_, upon the Petition filed by the designated Personal Representative and sworn testimony of the Petitioner and witnesses. The findings of the Court:

A.    Decedent was a resident of Anderson County, Tennessee.

B.    Decedent died on 05-10-2012.

C.    Decedent left no Will.

D.    Sandra Loveday petitioned the Court to be appointed Administrator.

E.    That no bond is required.

F.    That the inventory for the Administrator is attached hereto.

G.    That Letters of Testamentary be issued to the Administrator upon her taking oath as prescribed by statute.

H.    That the Administrator administer the Estate in compliance with this Order and all applicable laws of the State of Tennessee.

ENTER this the _1st_ day of _Feb_, 2013.

2013 FEB 11 A 9: 16

STEVE R. QUEENER
CLERK AND MASTER

RECEIVED

JAN 24 2013

JUDGE WILLIAM LANTRIP

APPROVED FOR ENTRY BY:

K. CHRISTOPHER MARTIN (23765)
Attorney for the Estate
P.O. Box 584.
Clinton, TN  37717
(865) 457-3446

IN RE: THE ESTATE OF BONNIE ELLEN JONES, DECEASED

NO: 13PB0020

## LETTER OF ADMINISTRATION

TO: SANDRA LOVEDAY

A CITIZEN OF ANDERSON COUNTY, TN

Whereas, It appears to the Court, now in session, that BONNIE ELLEN JONES died, leaving no will and the Court being satisfied as to your claim to the Administration, and you having given bond and qualified as directed by law, and the Court having ordered that Letters of Administration be issued to you; These are, therefore, to authorize and empower you, the said SANDRA LOVEDAY to take into your possession and control, all the goods, chattels, claims, and papers of the said intestate, and return a true and perfect inventory thereof to our next Chancery Probate Court, or within sixty (60) days from the date hereof; to collect and pay all debts, and to do and transact all the duties in relation to said estate which lawfully devolve on you and personal representative and after having settled up said estate, to deliver the reside thereof to those who have a right thereto.

Witness, Steve R. Queener, Clerk and Master of said Court, at office, this _11_ of FEBRUARY, 2013.

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY

I do solemnly swear that I will honestly and faithfully discharge the duties of Personal Representative of the estate of BONNIE ELLEN JONES according to law, to the best of my knowledge and ability. So help me God.

PER ATTACHED OATH
PERSONAL REPRESENTATIVE

Subscribed and sworn to before me this the _11_ day of FEBRUARY, 2013.

CLERK AND MASTER

STATE OF TENNESSEE, ANDERSON COUNTY
I hereby certify this document to be a true and exact copy of the original on file in this office, and same remains in full force and effect this the _19_ day of _February_ 20 _13_
STEVE R. QUEENER, CLERK & MASTER
BY: _Angela Buck_
Deputy Clerk

# HIPAA COMPLIANT
## Medical Records/Medical Billing Release Authorization

I hereby authorize _SSC Andersonville Operating Company LLC_ and its physicians, employees and agents to release or disclose to _Norris Health And Rehabilitation Center_ all of my billing information and/or documentation and all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection, etc. This Release covers any and all medical records whatsoever.

**RELEASE RECORDS TO:**   NAME: _Norris Health And Rehabilitation Center_
ADDRESS: _3382 Andersonville Hwy_
_Andersonville, TN, 37705_

Patient's Name:    **BONNIE ELLEN JONES, deceased**

Patient's SS#:   **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**        Patient's Date Of Birth:   **6/13/31**

Which physician's records?:   **(All) Any Medical Records and/or Billing Information or other documents**

Purpose of Disclosure:   **Compliance with T.C.A. §26-26-121.**

| | | |
|---|---|---|
| 1. | All records/bills generated by the above-named healthcare provider, including records received from other sources: | INITIALS: _SL_ |
| 2. | Only a portion of records/bills, specifically, dates of treatment, etc.: _____ | INITIALS: ___ |
| 3. | All records/bills at this facility................................................................ | INITIALS: ___ |

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, our records will be released as specified above.**

\* I authorize the above-named health care provider and its physicians, employees, and agents to release the information specified to the organization, agency, or individual named on this request with the exception of:

Initials: ___  Substance Abuse, if any    Initials: ___  Psychological or psychiatric conditions, if any    Initials: ___  Aids/HIV/STD's, if any

This Authorization will expire on the occurrence of the settlement of claim or end of litigation.
\* I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named healthcare provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke this Authorization, I must send written notice to the above-named health care provider. I understand that I am not required to sign this Authorization. The above-named healthcare provider will not condition treatment, payment, enrollment, or eligibility for benefits on whether I provide this Authorization. I understand that my records may be subject to disclosure by the recipient and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named healthcare provider's or its physicians', employees' or agents' ability to use or disclose my information for treatment, payment, or healthcare operations, or as otherwise permitted by law.

Patient or Authorized Representative's Signature: _Sandra E. Loveday, Administrator_
SANDRA E. LOVEDAY, ADMINISTRATOR OF

Date: _2-20-13_        Relationship to patient:  **THE ESTATE OF BONNIE ELLEN JONES**
Unless Otherwise Indicated, This Authorization Remains In Effect until settlement of claim or end of litigation.
A photocopy of the original of this Authorization shall serve in its stead.

EXHIBIT
2

## IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

| | |
|---|---|
| SANDRA LOVEDAY, Administrator of the Estate of BONNIE ELLEN JONES and SANDRA LOVEDAY, individually and as next of kin and for the wrongful death of BONNIE ELLEN JONES, | ) ) ) ) ) ) |
|    Plaintiffs, | ) ) |
| v. | ) ) ) |
| SSC ANDERSONVILLE OPERATING COMPANY, LLC d/b/a NORRIS HEALTH AND REHABILITATION CENTER, | ) ) ) ) |
|    Defendants. | ) |

No.: _____
JURY DEMAND

## CERTIFICATE OF GOOD FAITH
### Medical Malpractice Case
### Plaintiff's Form

A.    In accordance with T.C.A. §29-26-122, 1 hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

    1.    The Plaintiff or Plaintiffs counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

        (A)    Are competent under T.C.A. §29-26-115 to express opinion(s) in the case; and

        (B)    Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident(s) at issue, that there is a good faith basis to maintain the action consistent with the requirements of T.C.A. §29-26-115.

_____
Signature of Plaintiff if not represented, or
Signature of Plaintiffs counsel

OR,

☐    2.    The Plaintiff or Plaintiffs counsel has consulted with one ( 1 ) or more experts who have provided a signed written statement confirming that upon information and belief they:

        (A)    Are competent under T.C.A. §29-26-115 to express opinion(s) in the case; and

        (B)    Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident(s) at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident(s) at issue, that there are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiffs counsel; and that despite the absence of this information, there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of T.C.A. §29-26-115. Refusal of the Defendant to release the medical records in a timely fashion, or where it is impossible for the Plaintiff to obtain the medical records, shall waive the requirement that the expert review the medical records prior to expert certification.

                                 _____
                                 Signature of Plaintiff if not represented, or
                                 Signature of Plaintiffs counsel

2

# IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

SANDRA LOVEDAY, Administrator of the )
Estate of BONNIE ELLEN JONES and )
SANDRA LOVEDAY, individually and as next )
of kin and for the wrongful death of BONNIE )
ELLEN JONES, )
)
   Plaintiffs, )
)
v. )
)
    )
SSC ANDERSONVILLE OPERATING )
COMPANY, LLC d/b/a NORRIS HEALTH AND )
REHABILITATION CENTER, )
)
   Defendants. )

No.: B3LA0110

JURY DEMAND

2013 MAY -3 P 12: 50 FILED

## CERTIFICATE OF GOOD FAITH
### Medical Malpractice Case
### Plaintiff's Form

A.    In accordance with T.C.A. §29-26-122, 1 hereby state the following: (Check item 1 or 2 below and sign your name beneath the item you have checked, verifying the information you have checked. Failure to check item 1 or 2 and/or not signing item 1 or 2 will make this case subject to dismissal with prejudice.)

 1.    The Plaintiff or Plaintiffs counsel has consulted with one (1) or more experts who have provided a signed written statement confirming that upon information and belief they:

    (A)    Are competent under T.C.A. §29-26-115 to express opinion(s) in the case; and

    (B)    Believe, based on the information available from the medical records concerning the care and treatment of the Plaintiff for the incident(s) at issue, that there is a good faith basis to maintain the action consistent with the requirements of T.C.A. §29-26-115.

_____
    Signature of Plaintiff if not represented, or
    Signature of Plaintiffs counsel

OR,

☐     2.     The Plaintiff or Plaintiffs counsel has consulted with one ( 1 ) or more experts who have provided a signed written statement confirming that upon information and belief they:

          (A)      Are competent under T.C.A. §29-26-115 to express opinion(s) in the case; and

          (B)      Believe, based on the information available from the medical records reviewed concerning the care and treatment of the Plaintiff for the incident(s) at issue and, as appropriate, information from the Plaintiff or others with knowledge of the incident(s) at issue, that there are facts material to the resolution of the case that cannot be reasonably ascertained from the medical records or information reasonably available to the Plaintiff or Plaintiffs counsel; and that despite the absence of this information, there is a good faith basis for maintaining the action as to each Defendant consistent with the requirements of T.C.A. §29-26-115. Refusal of the Defendant to release the medical records in a timely fashion, or where it is impossible for the Plaintiff to obtain the medical records, shall waive the requirement that the expert review the medical records prior to expert certification.

          _____
          Signature of Plaintiff if not represented, or
          Signature of Plaintiffs counsel

B.    You MUST complete the information below and sign:

I have been found in violation of T.C.A. §29-26-122 _____0_____ prior times.
(Insert number of prior violations by you.)

_David E. Hill_                    _5-1-13_
Signature of person executing this document        Date

Attorney for plaintiff

#7052

3

## IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

SANDRA LOVEDAY, Administrator of the )
Estate of BONNIE ELLEN JONES and )
SANDRA LOVEDAY, individually and as next )
of kin and for the wrongful death of BONNIE )
ELLEN JONES, )
                                  )
    Plaintiffs, )
                                    )
**v.** )
                                    )     No.: **B3LA0116**
SSC ANDERSONVILLE OPERATING )     JURY DEMAND
COMPANY, LLC d/b/a NORRIS HEALTH AND )
REHABILITATION CENTER, )
    Defendants. )

### NOTICE OF FILING

    PLEASE TAKE NOTICE that counsel for the plaintiff files the attached Certificate

of Good Faith, Medical Malpractice Case, Plaintiff's Form, with the Clerk of this

Honorable Court.

                                          Respectfully submitted,
                                          HIGH LAW OFFICE, PLLC

                                          DAVID E. HIGH (#7052)
                                          300 James Robertson Parkway, 2nd Floor
                                          Nashville, TN 37201-1107
                                          615/256-1000
                                          *attyhigh@bellsouth.net*

                                          K. CHRISTOPHER MARTIN (#23765)
                                          P. O. Box 584
                                          Clinton, TN 37717
                                          865/457-3446
                                          *kcmlaw@yahoo.com*
                                          *For the Plaintiff*

# IN THE CIRCUIT COURT FOR ANDERSON COUNTY, TENNESSEE

SANDRA LOVEDAY, Administrator of the Estate )
of BONNIE ELLEN JONES and SANDRA )
LOVEDAY, individually and as next of kin and for )
the wrongful death of BONNIE ELLEN JONES, )
)
   Plaintiffs, )
)
v. )
)
SSC ANDERSONVILLE OPERATING )
COMPANY, LLC d/b/a NORRIS HEALTH AND )
REHABILITATION CENTER, )
)
   Defendants. )

IF YOU HAVE A DISABILITY
AND REQUIRE ASSISTANCE,
PLEASE CONTACT
865-463-6824

No.: B3LA0110V

JURY DEMAND

**SERVE:**     **SSC ANDERSONVILLE OPERATING COMPANY, LLC**
      **d/b/a NORRIS HEALTH AND REHABILITATION CENTER**
      **c/o CT CORPORATION SYSTEM, Agent for Service of Process**
      **800 SOUTH GAY STREET, SUITE 2021**
      **KNOXVILLE, TN 37929-9710**
      **(SERVE THROUGH KNOX COUNTY SHERIFF)**

You are hereby summoned and required to serve upon K. Christopher Martin, Esq., Martin Law Firm, P.O. Box 584, Clinton, TN 37717 and to David E. High, Esq., High Law Office, PLLC, 300 James Robertson Parkway, 2nd Floor, Nashville, TN 37201, an Answer to the Complaint herewith served upon you within thirty (30) days after service of this Summons and Complaint to you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the Petition.

Issued and tested this _____6th_____ day of ____May____, 2013.

**H. Tyler Mayes, Clerk**
_____
Clerk

_____
Deputy Clerk

TO THE DEFENDANT(S): Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the Judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself, trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

SERVE:
I received this Summons on the ___13___ day of ___May___, 2013.
I hereby certify and return Summons on the _____ day of ____ 2013.

Served Special Assistant Secreta
Service on ____ C.T. Corpora
System the Registered Agent for

[✓] Served this Summons on Defendant _____ in the following manner:
Ericka Fry    SSC Andersonville Operating Company, LLC
                     Company

[ ] Failed to serve this Summons within thirty (30) days after its issuance because:

W C Bryant / #B1864

PROCESS SERVER