UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SANDRA LOVEDAY, Administrator of the Estate of BONNIE ELLEN JONES, and SANDRA LOVEDAY, individually and as next of kin and for the wrongful death of BONNIE ELLEN JONES, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:13-CV-333-TAV-CCS |
| SSC ANDERSONVILLE OPERATING COMPANY, LLC, d/b/a NORRIS HEALTH AND REHABILITATION CENTER, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley on January 8, 2014 [Doc. 18]. In the R&R, Magistrate Judge Shirley recommended that the Court deny defendant's Motion to Compel Arbitration and Stay Lawsuit [Doc. 4]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its

ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 18], and defendant's Motion to Compel Arbitration and Stay Lawsuit [Doc. 4] is **DENIED.**

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:13-cv-00333-TAV-CCS   Document 19   Filed 01/27/14   Page 2 of 2   PageID #: 250