IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SANDRA LOVEDAY, Administrator of the Estate
of BONNIE ELLEN JONES and SANDRA
LOVEDAY, individually and as next of kin and for
the wrongful death of BONNIE ELLEN JONES,　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　CASE NO: 3:13-cv-00333

SSC ANDERSONVILLE OPERATING COMPANY
LLC d/b/a NORRIS HEALTH AND
REHABILITATION CENTER,
　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the parties hereby notify the Court that the Plaintiff and Defendant have compromised and settled the claims made in the above-styled and numbered cause against the Defendant, and the Plaintiff has received full accord and satisfaction for all her claims against said Defendant, and this case should be dismissed with prejudice against the Defendant. The agreement by counsel for the parties to enter this joint stipulation is memorialized in the email communication attached hereto as **Exhibit A.**

IT IS THEREFORE STIPULATED AND AGREED that by and between the parties and/or their respective counsel that the above-styled and numbered cause should be voluntarily dismissed with prejudice against the Defendant pursuant to the Federal Rules of Civil Procedure.

1

Respectfully submitted,

SSC ANDERSONVILLE OPERATING
COMPANY LLC D/B/A NORRIS HEALTH
AND REHABILITATION CENTER

BY: /s/ David M. Eaton
David M. Eaton (BPR 025849)

OF COUNSEL:

David M. Eaton, Esquire (BPR #025849)
Hagwood Adelman Tipton, PC
5200 Maryland Way, Suite 301
Brentwood, TN   37027
Telephone: (615) 661-7820
Facsimile:   (615) 661-7236
Email: deaton@hatlawfirm.com

Carl Hagwood, Esquire (BPR #025873)
Hagwood Adelman Tipton, PC
P. O. Box 4537
Greenville, MS 38704-4537
Telephone:   (662) 335-5555
Facsimile:   (662) 335-5700
Email:   chagwood@hatlawfirm.com

APPROVED BY:

SANDRA LOVEDAY, ADMINISTRATOR OF
THE ESTATE OF BONNIE ELLEN JONES
AND SANDRA LOVEDAY, INDIVIDUALLY
AND AS NEXT OF KIN AND FOR THE
WRONGFUL DEATH OF BONNIE ELLEN
JONES

By: /s/ David High by permission DME
David E. High

David E. High, Esquire
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201-1107

2

By: *Chris Martin by permission*<br>K. Christopher Martin

K. Christopher Martin, Esq.
P. O. Box 584
Clinton, TN 37717

## CERTIFICATE OF SERVICE

     I, David M. Eaton, do hereby certify that I have this the 19th day of September, 2014, electronically filed the foregoing *Joint Stipulation Of Dismissal With Prejudice* with the Clerk of the Court using the ECF Filing System which will send notification of such filing to the counsel of record for all parties to this proceeding:

David E. High, Esquire
300 James Robertson Parkway, 2nd Floor
Nashville, TN 37201-1107
attyhigh@bellsouth.net

K. Christopher Martin, Esquire
P. O. Box 584
Clinton, TN 37717
kcmlaw@yahoo.com

By:*/s/ David M. Eaton*